UNITED STATES DISTRICT COURT　　　　　　　　　　JS-6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 11-359-JFW (PLAx)**　　　　　　　　　　Date:  February 24, 2011

Title:   Sylvia Wachtel, et al. -v- Tarzana Medical Center, et al.

**PRESENT:**

　　HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

　　**Shannon Reilly**　　　　　　　　　　**None Present**
　　**Courtroom Deputy**　　　　　　　　　**Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　　None　　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):**　　**ORDER DISMISSING ACTION WITHOUT PREJUDICE**


　　As a result of the parties' failure to file the Joint Rule 26(f) Report and the Notice of Settlement Conference Procedure Selection Form/ADR Program Questionnaire as required by the Court's Order of January 21, 2011, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for **March 7, 2011**, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

　　IT IS SO ORDERED.